

**ORDERED in the Southern District of Florida on February 27, 2014.**

 	Robert A. Mark, Judge
 	United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN RE: 	CASE NO.: 11-15802-RAM

Sheela Kumar 	Chapter 7

 	Debtor(s).
_____/

*EX PARTE* ORDER AUTHORING TRUSTEE'S
MOTION FOR AUTHORIZATION TO PAY MAINTENANCE EXPENSES

The court, upon receipt of the "Motion for Ex Parte Order to Authorize Payment of Insurance" filed by the trustee, and without necessity of hearing, does hereby

ORDER as follows:

1. 	The Trustee is authorized to pay as much as $7,458.06 for the Insurance for the Weed Property located in 2401 Dwinnel Way, Weed, California.

# # #

Prepared by:
Robert C. Meyer
2223 Coral Way
Miami, FL 33145
Y:\Clients\13000\0002-Kumar\O'Auth Pay Maint Insurance.wpd