

ORDERED in the Southern District of Florida on June 11, 2014.

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

SHEELA KUMAR,       Case No.: 11-15802 BKC RAM
                    Chapter 7

    Debtor.
_____/

### ORDER APPROVING EMPLOYMENT OF FORENSIC ACCOUNTANTS
### *NUNC PRO TUNC* TO MAY 1, 2014

**THIS CAUSE** having come before the Court upon the Trustee's *Ex-Parte* Application for Employment of KapilaMukamal, LLP as Forensic Accountants *Nunc Pro Tunc* to May 1, 2014 (ECF #227), and the affidavit of Barry E. Mukamal, C.P.A. in support thereof, and it appearing that the accounting firm of KapilaMukamal, LLP, its members and associates, is a disinterested person and that the employment is in the best interest of the estate and the economical administration thereof, it is

**ORDERED** that said Motion is **GRANTED**.

1.    Barry E. Mukamal, Trustee, is authorized to employ and retain the accounting firm of KapilaMukamal, LLP to act as forensic accountants to the Trustee and the estate *nunc pro tunc* to May 1, 2014 to prepare and file tax returns; to represent the trustee as to other tax

compliance matters, including dealing with the tax authorities, as deemed necessary; to review of all financial information, to render such other assistance in the nature of accounting services, financial consulting, valuation issues, or other financial projects as the Trustee may deem necessary; to serve as Trustee's general accountant and to consult with the trustee and his counsel..

2. KapilaMukamal, LLP shall be empowered to act, through its officers and employees, for and on behalf of the trustee and/or the estate, to represent them before any taxing authority including the Internal Revenue Service and the Florida Department of Revenue, to receive confidential information, to make written or oral presentations of fact or argument, and to perform any and all acts on behalf of the trustee and the estate which the trustee is by law permitted, regarding any tax matter which may arise during the administration of the estate.

3. Barry E. Mukamal, CPA and the accounting firm of KapilaMukamal, LLP's compensation shall be paid in such amounts as may be allowed by the Court upon proper application for compensation.

4. The employment of Marcum, LLP as accountants for the Trustee is terminated effective April 30, 2014. Marcum LLP shall file their Final Fee Application within sixty (60) days from entry of this Order.

###

Respectfully Submitted By:

Barry Mukamal, Trustee
1 SE 3 Ave, Box 158
Miami, FL  33131
Telephone: (786) 517-5760

Copy furnished to:
Barry E. Mukamal, Trustee
Trustee Mukamal is directed to serve this Order on all interested parties and file a certificate of service.