**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**www.flsb.courts.gov**

IN RE:                                                      Case No.: 11-15802 BKC-RAM
                                                            Chapter 7
SHEILA KUMAR,
    Debtor.
_____/

**NOTICE OF WITHDRAWAL OF DE #236**

    COMES NOW the Creditor, **ZAFIR ANJUM**, by and through undersigned counsel hereby gives Notice of the Withdrawal of his Respone to Motion to Approve Post Petition Financing Agreement.(DE: 236)

**CERTIFICATE OF SERVICE AND COMPLIANCE**

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set fourth in Local Rule 2090 (A)1, and that a true and correct copy foregoing was furnished by regular U.S. Mail and/or by electronic mail as indicated on the Court's electronically generated CM/ECF document on the 30th day of June, 2014.

                                                **ABRAMS & ABRAMS, P.A.**
                                                Attorneys for Debtor(s)
                                                9300 S.W. 87th Ave., Ste 5
                                                Miami, FL 33176
                                                Telephone: (305) 598-1880
                                                Facsimile: (305) 598-1881

                                By:     */s/Kenneth S. Abrams, Esq*.
                                             KENNETH S. ABRAMS, ESQ.
                                             Florida Bar No.: 107293