UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                             Case No: 11-15802-BKC-RAM

SHEELA KUMAR                                       Chapter 7

_____Debtor_____/

### EX PARTE MOTION TO CONTINUE HEARING ON FINAL FEE APPLICATION OF MARCUM LLP [ECF 232] UNTIL TRUSTEE HAS LIQUIDATED ALL ESTATE ASSETS

1. The Court approved the Trustee's motion to retain his successor Firm as accountants to the Estate [ECF 227 and ECF 228] on June 12, 2014.

2. As a result, Marcum LLP filed its Final Fee Application [ECF 231] on June 13, 2014.

3. Marcum LLP's Final Fee Application is set for hearing before the Court on July 22, 2014.

4. The Trustee has not liquidated all the Debtor assets. In particular, real property located in California has yet to be sold.

5. A significant portion of Marcum LLP's fees relate to analyses performed in conjunction with the value of the unliquidated real property.

6. On July 16, 2014, Creditor Zafir Anjum filed an objection to the Marcum LLP final fee application indicating that Marcum's real property analyses have not yet provided a benefit to the Estate.

7. In light of the objection, Marcum LLP believes that the hearing should be removed from the calendar until such time as the Debtor assets have been liquidating and the results of Marcum's efforts can be measured.

8. The Trustee has indicated that he has no objection to the relief sought herein.

**WHEREFORE,** Marcum LLP respectfully requests an order of the Court continuing the Hearing on Marcum's Final Fee Application [ECF 232] until such time as the Trustee has liquidated all Estate assets.

/s/ John L. Heller

Dated: July 17, 2014            JOHN L. HELLER
                                Marcum LLP
                                450 E. Las Olas Blvd., 9th Floor
                                Ft. Lauderdale, FL  33301
                                (954) 320-8000 (954) 320-8001