UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                            CASE NO.: 11-15802-RAM

Sheela Kumar                                                      Chapter 7
    Debtor(s).
_____/

**TRUSTEE'S MOTION TO CONTINUE DATES**

COMES NOW the duly appointed Chapter 7 Trustee, Barry Mukamal ("**Trustee**") who files this Motion to Continue the December 11, 2017 2:00 PM hearing, and states:

1. This Motion is being raised in conjunction with the deadlines and request of this Court's Order [DE 443] ("**Scheduling Order**")

2. The Scheduling Order demanded responses by November 30, 2017 and a hearing on December 11, 2017. ("**Hearing Date**")

3. Trustee has communicated with the Assistant U.S. Trustee ("**AUST**") and discovered that there was no actual notice given to the AUST.

4. Trustee has a scheduling conflict for December 11, 2017.

5. The party with most interest for the matter is Mr. Anjum ("**Anjum**")

6. The AUST and Anjum agree to continuing the December 11, 2017.

7. Trustee and Anjum agree to allow the AUST additional time to object.

WHEREFORE, Trustee respectfully requests that the Court:

    a. Grant this Motion;

    b. Reset the Hearing Date;

    c. Extend the Time for Response for the AUST to a date in the future; or

  d. Enter any other order which the court deems to be just and equitable.

**ROBERT C. MEYER, P.A.**
2223 Coral Way
Miami, FL 33145
Tel: (305) 285-8838
Fax: (305)285-8919

/s/ *Robert C. Meyer*
Robert C. Meyer, Esquire
Florida Bar # 436062

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF to the all parties listed below on November 30, 2017 and United States mail to party listed below on November 30, 2017.

/s/ *Robert C. Meyer*
Robert C. Meyer, Esquire
Florida Bar # 436062

**Served via CM/ECF:**

David S. Abrams on behalf of Interested Party Zafir Anjum, salvador@abramslaw.cc, abramsecf@gmail.com;ecf@abramslaw.cc;abramsecf2@gmail.com;kabrams@abramslaw.cc

Kenneth Abrams on behalf of Defendant Zafir Anjum, kabrams@abramslaw.cc, salvador@abramslaw.cc;abramsecf@gmail.com;abramsecf2@gmail.com

Joaquin J Alemany on behalf of Creditor Shad Capital Limited, joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Joel M. Aresty, Esq. on behalf of Creditor Uma Subramanian, aresty@mac.com

Jeffrey S. Berlowitz on behalf of Creditor Continental Trust Corporation Limited, jberlowitz@srhl-law.com, jortega@srhl-law.com

Eric B Funt on behalf of Creditor Shad Capital Limited, eric.funt@hklaw.com

John L. Heller, john.heller@marcumllp.com, fl03@ecfcbis.com

Samir Masri on behalf of Defendant Evidale Worldwide Limited, a BVI Corporation, masrilaw@aol.com

Barry E Mukamal bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Emmanuel Perez, Esq on behalf of Defendant Schoenberg Family Law Group, P.C.– bankruptcy@lawperez.com

Craig V. Rasile, Esq. on behalf of Trustee Barry E Mukamal, craig.rasile@dlapiper.com, monica.tucker@dlapiper.com,jacqueline.figueroa@dlapiper.com,rachel.nanes@dlapiper.com,yohami.lamguerra@dlapiper.com;docketingchicago@dlapiper.com

Steven W Schabacker on behalf of Attorney JPMorgan Chase Bank, N.A., sschabacker@wargofrench.com, flservice1@wargofrench.com

Office of the US Trustee – USTPRegion21.MM.ECF@usdoj.gov

Y:\Clients\13000\0002-Kumar\M'Continue Deadlines Scheduling Order.wpd